

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:           01-16-00435-CR

Style:                  Jonathan Rawlins v. The State of Texas

Date motion filed*:     December 5, 2016

Type of motion:         Appellant's Motion for a Third Extension of Time to File Brief

Party filing motion:    Appellant's counsel Steven A. Hershkowitz

Document to be filed:   Appellant's Brief

Is appeal accelerated?        No.

If motion to extend time:

    Original due date:              August 12, 2016

    Number of extensions granted:        2          Current Due Date: December 5, 2016

    Date Requested:                December 12, 2016 (122 days from original deadline)

Ordered that motion is:

    ☑ Granted

        If document is to be filed, document due: December 13, 2016.

        ☑    No further extensions of time will be granted.

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☑ Other: _____

    Because counsel's third extension motion contends that he needs one additional week
to file appellant's brief due to extraordinary circumstances, this extension is **granted**,
but **no further extensions will be granted** given the total length of time requested.
*See* TEX. R. APP. P. 10.5(b)(1)(C). Accordingly, if appellant's brief is not filed by
**December 13, 2016**, the Court will abate this appeal for a late-brief hearing. *See id.*
38.8(b)(2).

Judge's signature: /s/ Evelyn V. Keyes
           ☒ Acting individually      ☐ Acting for the Court

Date: December 13, 2016

November 7, 2008 Revision